IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KELLY SCHUCHMANN, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Civil No. 17-cv-317-JGP-CJP |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Kelly Schuchmann and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: October 24, 2017

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY: s/Tina Gray**
                                                  **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**